IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| GALE CARTER et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | *Electronically Filed* |
| v. ) | |
| ) | Case No.: 3:18-cv-00041-TBR |
| PASCHALL TRUCK LINES, INC. et al., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Element Transportation, LLC makes the following disclosure:

Defendant Element Transportation, LLC is a wholly-owned subsidiary of Element Fleet Management Corp., which is a publicly held company that trades on the Toronto Stock Exchange.

Respectfully submitted,

FROST BROWN TODD LLC

/s/ *Richard L. Etter*
Richard L. Etter (admitted *pro hac vice*)
retter@fbtlaw.com
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, Pennsylvania 15219
Telephone: (412) 513-4332
Fax: (412) 513-4299

2

Kyle D. Johnson
kjohnson@fbtlaw.com
400 W. Market Street, 32nd Floor
Louisville, KY 40202
Telephone: (502) 589-5400
Fax: (502) 581-1087

*Counsel for Defendant Element Transportation LLC*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on March 29, 2018, a true and accurate copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies have been mailed on this same date via U.S. Mail to those parties who are not served via the Court's electronic filing system.

              /s/ *Richard L. Etter*
              Counsel for Defendant Element Transportation LLC